DAVID LASHAY BROWN
PLAINTIFF/PETITIONER/MOVANT'S NAME

F43415
PRISON NUMBER

Centinela State Prison
PLACE OF CONFINEMENT

P.O.Box, 911, Imeperial CA/
ADDRESS

**FILED**
**JUL 3 0 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# United States District Court
## Southern District Of California

DAVID LASHAY BROWN ,
Plaintiff/Petitioner/Movant

v.

V. M. ALMAGER ,
Defendant/Respondent

Civil No. 08CV1287 BEN (AJB)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____DAVID LASHAY BROWN_____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No  (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?   ☐ Yes ☒ No
   Do you receive any payment from the institution?  ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)   C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed?  ☐ Yes  ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     ☐ Yes  ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes  ☒ No
   d. Disability or workers compensation                ☐ Yes  ☒ No
   e. Social Security, disability or other welfare      ☐ Yes  ☒ No
   e. Gifts or inheritances                             ☐ Yes  ☒ No
   f. Spousal or child support                          ☐ Yes  ☒ No
   g. Any other sources                                 ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?  ☐ Yes  ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes  ☒ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____
   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   _____
   _____
   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____
    _____
    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _____
    _____
    _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_7-25-08_                                         _David Brown_
DATE                                              SIGNATURE OF APPLICANT

CIV-67 (Rev. 4/06)                 C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant **BROWN, DAVID**
(NAME OF INMATE)

**F43415**
(INMATE'S CDC NUMBER)

has the sum of $ **(-1.35)** on account to his/her credit at

**CENTINELA STATE PRISON**
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities **∅**

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months the applicant's *average monthly balance* was $ 14.54**,

and the *average monthly deposits* to the applicant's account was $ **3.75**.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

**7/29/08**
DATE

*[signature]*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

**MONICA PRECIADO**
OFFICER'S FULL NAME (PRINTED)

**ACCOUNT CLERK II**
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)    -4-    K:\COMMON\FORMS\CIV-67.

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __DAVID LASHAY BROWN F43415__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__7-28-08__                                           __David Brown__
DATE                                                  SIGNATURE OF PRISONER

CIV-67 (Rev. 4/06)                    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/29/08
                                                                     PAGE NO:           1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CENTINELA STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 29, 2008

ACCOUNT NUMBER : F43415                    BED/CELL NUMBER: FBB1T20000000240U
ACCOUNT NAME   : BROWN, DAVID LASHAY       ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                          TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION         COMMENT       CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE

01/01/2008    BEGINNING BALANCE                                                            9.74

01/07  FC01   DRAW-FAC 1          3942 FAC A                                 9.00          0.74
02/22  W536   COPAY CHARGE        4955M01/23                                 0.74          0.00
05/28* DD30   CASH DEPOSIT        7036 MLRM                     22.50                     22.50
05/28  W536   COPAY CHARGE        7039M05/12                                 5.00         17.50
06/03  W516   LEGAL COPY CH       7110 05/29                                 1.50         16.00
06/03  W512   LEGAL POSTAGE       7109 05/29                                 0.15         15.85
06/03  W512   LEGAL POSTAGE       7124 06/02                                 1.51         14.34
06/09  FC02   DRAW-FAC 2          7258 FAC B                                14.00          0.34
07/14* W512   LEGAL POSTAGE       0305 07/11                                 0.10          0.24

                          CURRENT HOLDS IN EFFECT

 DATE       HOLD
PLACED      CODE        DESCRIPTION              COMMENT            HOLD AMOUNT

07/14/2008  H118   LEGAL COPIES HOLD          0307 07/11                 1.00
07/16/2008  H109   LEGAL POSTAGE HOLD         0364 07/14                 0.59

                     * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/08/06                     CASE NUMBER: FVI022096
COUNTY CODE: SBD                             FINE AMOUNT: $   2,500.00

DATE       TRANS.   DESCRIPTION                         TRANS. AMT.    BALANCE

01/01/2008          BEGINNING BALANCE                                  2,437.50

05/28/08   DR30     REST DED-CASH DEPOSIT                  25.00-      2,412.50
```

THIS WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS
        TRUST OFFICE

```
REPORT ID: TS3030  .701                                    REPORT DATE: 07/29/08
                                                           PAGE NO:           2

                         CENTINELA STATE PRISON
                      INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 29, 2008

ACCT: F43415      ACCT NAME: BROWN, DAVID LASHAY            ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                          TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL         CURRENT       HOLDS        TRANSACTIONS
 BALANCE    DEPOSITS   WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
---------   --------   -----------    ---------    ---------     --------------
   9.74       22.50       32.00          0.24         1.59             0.00

                                                  CURRENT
                                                 AVAILABLE
                                                  BALANCE
                                                 ---------
                                                    1.35-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
TRUST OFFICE